**W. H. Webb, appellant, v. A. M. Duncan et al., appellees.**

Opinion filed June 4, 1931.

D. F. Moore, for appellant. Roy C. Martin and Layman & Johnson, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.

**Bernadine M. Post, appellee, v. Andrew J. Guerrettaz, as conservator of the estate of Mary Agnes Frame, appellant.**

Opinion filed June 4, 1931.

H. E. Kimmel, for appellant. W. O. Edwards, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

**Kate Stuart, appellee, v. Andrew J. Guerrettaz, as conservator of the estate of Mary Agnes Frame, appellant.**

Opinion filed June 4, 1931.

H. E. Kimmel, for appellant. W. O. Edwards, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

**Lettie Angel, defendant in error, v. Thomas McConkey, administrator of the estate of James Monroe McConkey, deceased, plaintiff in error.**

Opinion filed September 12, 1931.

Byron Piper and Guy Denton, for plaintiff in error. Parker & Bauer, for defendant in error.

Mr. Presiding Justice Barry delivered the opinion of the court.